**No. 09-8976. Elizabeth McCray, Petitioner v. Francis Howell School District, et al.**

559 U.S. 1117, 130 S. Ct. 2431, 176 L. Ed. 2d 945, 2010 U.S. LEXIS 3828.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1019, 130 S. Ct. 1914, 176 L. Ed. 2d 387, 2010 U.S. LEXIS 2495.

**No. 09-9131. John M. Wyatt, Petitioner v. United States.**

559 U.S. 1117, 130 S. Ct. 2431, 176 L. Ed. 2d 945, 2010 U.S. LEXIS 3745.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1023, 130 S. Ct. 1925, 176 L. Ed. 2d 394, 2010 U.S. LEXIS 2448.

**No. D-2465. In the Matter of Disbarment of Eddie Michael Pope.**

559 U.S. 1104, 130 S. Ct. 2432, 176 L. Ed. 2d 945, 2010 U.S. LEXIS 3840.

May 3, 2010. Disbarment order entered.

Former order, 559 U.S. 968, 130 S. Ct. 1734, 176 L. Ed. 2d 209, 2010 U.S. LEXIS 1989.

**No. 09-10120, No. 09A953 (R46-014). Don W. Davis v. Ray Hobbs, Interim Director, Arkansas Department of Corrections, et al.; and Don W. Davis v. Ray Hobbs, Interim Director, Arkansas Department of Corrections, et al.**

559 U.S. 1118, 130 S. Ct. 2432, 176 L. Ed. 2d 945, 2010 U.S. LEXIS 3873.

May 6, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit and the application for stay of execution of sentence of death in the above-entitled case were dismissed today pursuant to this Court's Rule 46.

Same case below, 594 F.3d 592 (No. 09–10120).

**No. 09-1210 (R46-015). Dennis Hollingsworth, et al. v. Kristin M. Perry, et al.**

559 U.S. 1118, 130 S. Ct. 2432, 176 L. Ed. 2d 945, 2010 U.S. LEXIS 3874.

May 10, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.1.

Same case below, 591 F.3d 1147.

**No. 09A1088. Michael Francis Beuke, Applicant v. Ted Strickland, Governor of Ohio, et al.**

559 U.S. 1118, 130 S. Ct. 3272, 176 L. Ed. 2d 945, 2010 U.S. LEXIS 3876.

May 12, 2010. Application for injunction, presented to Justice Stevens, and by him referred to the Court, denied.